RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Jaime Andres Sanchez Alarcon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Jaime Andres Sanchez Alarcon**, <br><br> Petitioner, <br><br> v. <br><br> **Merrick Garland**, *et al.*, <br><br> Respondents. | Case No. 2:26-cv-01240-GMN-BNW <br><br> **Motion to Continue Deadline for Amended Petition**[1] |

Petitioner Jaime Andres Sanchez Alarcon, by and through his attorney, Assistant Federal Public Defender Allie Wilson, moves to continue the Court's deadline for filing an amended petition.

Mr. Sanchez Alarcon filed a *pro se* petition for a writ of habeas corpus on April 22, 2026. ECF No. 1. The Court appointed the Federal Public Defender to represent him and set deadlines for the Petitioner to file an amended petition. ECF No. 4. That deadline is today, Monday, May 4, 2026.

---

[1] Mr. Sanchez Alarcon did not name the correct parties in his *pro se* petition. That mistake will be corrected in the amended petition.

Counsel for Petitioner promptly requested necessary records from the Executive Office for Immigration Review ("EOIR"). EOIR provided those records on Friday, May 1, 2026.

Counsel for Petitioner is drafting an amended petition based on those records. However, counsel is likely unable to finalize an amended petition by today's deadline. Counsel therefore seeks a two-day extension, to Wednesday, May 6, 2026, to file the amended petition.

Counsel attempted to confer with counsel for Respondents regarding this continuance and received no response.

Dated May 4, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Allie Wilson*

Allie Wilson
Assistant Federal Public Defender

## ORDER

Based on the motion of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the deadline for the filing of any amended petition is set on and including May 6, 2026.

DATED this ___4___ day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE